RUBENS et al. v. LUDGATE HILL STEAMSHIP CO., Limited.

(Supreme Court, General Term, First Department.   November 18, 1892.)

Action by Morris Rubens and others against the Ludgate Hill Steamship Company, Limited.

No opinion.   No proof of service of notice of motion.   See 20 N. Y. Supp. 481.

---

(66 Hun, 634.)

RUBENS et al. v. LUDGATE HILL STEAMSHIP CO., Limited.

(Supreme Court, General Term, First Department.   December 16, 1892.)

Action by Morris Rubens and others against the Ludgate Hill Steamship Company, Limited.

No opinion.   Application granted.   See 20 N. Y. Supp. 481.

---

(66 Hun, 627.)

WETMORE v. WETMORE.

(Supreme Court, General Term, First Department.   November 18, 1892.)

No opinion.   The defendant being clearly in default in not serving his printed papers, motion granted, with $10 costs.